IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KUULEIALOHA KENNEDY, | ) | CV 20-00412 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR 406(B) FEES

Findings and Recommendation having been filed and served on all parties on August 21, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Petition for 406(B) Fees", ECF No. 40, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 7, 2023.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge